# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-2528

———————

Candice M. Sina,                   *

                                 *

           Appellant,          *

                                   *    Appeal from the United States

    v.                          *    District Court for the District

                                   *    of Minnesota.

Mortgage Electronic Registration    *

Systems, Inc.; Wilford & Geske, P.A.;    *        [UNPUBLISHED]

James A. Geske,               *

                                   *

           Appellees.         *

———————

Submitted: March 17, 2005
Filed: March 23, 2005

———————

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

———————

PER CURIAM.

Candice M. Sina appeals the district court's[*] grant of summary judgment in Sina's action brought under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. Having carefully reviewed the record, we conclude summary judgment was

———————

[*]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, Chief United States Magistrate Judge for the District of Minnesota.

properly entered for the reasons stated by the district court.  Thus, we affirm without further discussion.  <u>See</u> 8th Cir. R. 47B.

_____